IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to: Elizabeth Hughes and James Hughes

Case No. 1:14-cv-06019

> APPROVED. Case is dismissed with prejudice.
> Dated: Oct 16, 2024
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: October 9, 2024

/s/ Randal Kauffman-
Randal A. Kauffman
Charles R. Houssiere, III, Esq.
Houssiere, Durant & Houssiere, LLP
1990 Post Oak Blvd., Suite 800
Houston, Texas 77056-3812
Telephone: (713)626-3700
Fascimile: (713)626-3709
Email: Rkauffman@hdhtex.com
Email: choussiere@hdhtex.com

***Attorney for Plaintiff***

/s/ Stephen Bennett
Stephen Bennett, Esq.
Faegre Drinker Biddle & Reath LLP
110 W. Berry Street, Suite 2400
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700
Email: Stephen.Bennett@Faegredrinker.com

***Attorney for Defendants***